UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| EMERGENCY STAFFING SOLUTIONS, INC. | * * * | CIVIL ACTION NO. |
| Plaintiff | * * * | JUDGE |
| VERSUS | * * * | MAGISTRATE |
| MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1 d/b/a MOREHOUSE GENERAL HOSPITAL | * * * * | |
| Defendant | * * | |

**COMPLAINT FOR DAMAGES**
**FOR BREACH OF CONTRACT**

Plaintiff, Emergency Staffing Solutions, Inc. files this Complaint for Damages for Breach of Contract against Defendant, Morehouse Parish Hospital Service District No. 1 d/b/a Morehouse General Hospital and alleges as follows:

**I.**
**THE PARTIES**

1.

Plaintiff, Emergency Staffing Solutions, Inc. ("ESS") is a Texas corporation, with its principal office and place of business located in Texas.

1

2.

Defendant, Morehouse Parish Hospital Service District No. 1 d/b/a Morehouse General Hospital (the "Hospital"), is a political subdivision of the State of Louisiana with no registered agent for service of process designated in the records of the Louisiana Secretary of State's Office. Pursuant to Federal Rule of Civil Procedure 4(j)(2) and the law of the State of Louisiana, the Hospital, which is located in Bastrop, Louisiana, may be served through the Morehouse Parish District Attorney, Mr. Jerry Jones, P.O. Box 1652, Monroe, Louisiana 71210.

## II.
## JURISDICTION AND VENUE

3.

This Court has jurisdiction under 28 U.S.C. §1332. ESS is a Texas corporation with its principal place of business in Texas. The Hospital is a political subdivision of the State of Louisiana. Thus, complete diversity exists between all parties, and as shown herein, the amount in controversy exceeds $75,000.

4.

Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## III.
## THE FACTS

5.

ESS is a hospital staffing services company which provides administrative services to hospitals including arranging for emergency physician coverage and hospitalist physician coverage to hospitals.

6.

On July 1, 2007, ESS and the Hospital entered into a Hospitalist and Emergency Department Services Agreement ("Agreement"), which is attached hereto as Exhibit "A". Under Section 10(A) of the Agreement, the Hospital agreed that:

> \*\*\* for a period of 12 months after the termination or expiration of this Agreement, regardless of cause, Hospital will not directly or indirectly (including, without limitation, through a controlled affiliate) solicit, retain, employ, contract with or otherwise engage or be the beneficiary of the professional services of any Provider who (a) was presented to Hospital by ESS as a prospective Provider within a six month period prior to date of termination or expiration of this Agreement, or (b) provided either administrative or medical services to satisfy ESS' obligations under this Agreement at Hospital.\*\*\* Notwithstanding the provisions of Section 10(A), ESS may, in its sole discretion, elect to waive the provisions of Section 10(A) for any Emergency Physician subject to such provision; provided however, that ESS shall be compensated for each such Emergency Physician in the amount of Fifty Thousand Dollars ($50,000).

7.

Pursuant to the Agreement, ESS provided the Hospital with the following Providers (all Emergency Physicians), all of whom are covered by Section 10(A) of the Agreement: Lorrie Metzler, Patrick Grayson, Dale R. Maddox, and Gbolahan Sokoya.

8.

Per the March 17, 2009 correspondence from the Hospital to ESS' Chief Executive Officer, Ron Weiss, the Agreement terminated effective July 1, 2009.

9.

Upon information and belief, the Hospital has, without waiting the 12-month period described in Section 10(A) of the Agreement, solicited and/or retained at least the four individuals identified in the paragraph 7 of this Complaint. Therefore, the Hospital has violated its obligations under Section 10(A) of the Agreement.

10.

By letter dated December 17, 2009, ESS notified the Hospital that ESS was exercising its right to invoke that provision of the Agreement which provides that "ESS shall be compensated for each such Emergency Physician [solicited and/or retained by the Hospital] in the amount of Fifty Thousand Dollars ($50,000)." ESS demanded payment, but the Hospital has refused.

WHEREFORE, Plaintiff Emergency Staffing Solutions, Inc. prays as follows:

1. That Morehouse Parish Hospital Service District No. 1 d/b/a Morehouse General Hospital be served with this Complaint for Damages and cited to appear herein;

2. That, after due proceedings, there be judgment in favor of Emergency Staffing Solutions, Inc. and against Morehouse Parish Hospital Service District No. 1 d/b/a Morehouse General Hospital in the amount of Fifty Thousand and no/100 ($50,000.00) Dollars per each physician retained and/or solicited by the Hospital within the 12-month period following expiration of the Agreement, together with interest thereon from the date of the Hospital's breach until paid;

3. That Emergency Staffing Solutions, Inc. recover all such other damages which it has sustained as a result of Morehouse Parish Hospital Service District No. 1 d/b/a Morehouse General Hospital's breach of the Agreement, together with interest thereon from the date of the breach until paid; and

4. For all such other general and equitable relief, including reasonable attorney's fees and costs, to which Emergency Staffing Solutions, Inc. may be entitled.

New Orleans, Louisiana, this 4th day of February, 2010.

                RUSSELL L. FOSTER, T.A. (La. No. 26643)
                HARRY M. BARTON (La. No. 29751)
                1100 Poydras Street, Suite 3100
                New Orleans, Louisiana 70163
                Telephone:  (504) 585-3800
                Telecopier:  (504) 585-3801

OF COUNSEL:

CARVER, DARDEN, KORETZKY, TESSIER    _____
FINN,  BLOSSMAN  &  AREAUX  L. L. C.   Attorneys for Plaintiff,
                Emergency Staffing Solutions, Inc.

5