UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **EMERGENCY STAFFING SOLUTIONS, INC.** | * * * | **CIVIL ACTION NO. 3:10-CV-00157** |
| **Plaintiff** | * * | |
| **VERSUS** | * * | **JUDGE ROBERT G. JAMES** |
| **MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1 d/b/a MOREHOUSE GENERAL HOSPITAL** | * * * * | **MAG. JUDGE KAREN L. HAYES** |
| **Defendant** | * | |

### MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1 d/b/a MOREHOUSE GENERAL HOSPITAL (hereinafter referred to as "Morehouse General") and respectfully moves for summary judgment, dismissing Plaintiff's claims against it, for the following reasons:

1.

Plaintiff filed a Complaint for Damages for Breach of Contract on February 4, 2010, naming Morehouse General as the sole defendant.

2.

The contract which is made the subject of this lawsuit is entitled "Hospitalist and Emergency Department Services Agreement" and was entered into between Morehouse General and Emergency Staffing Solutions (hereinafter referred to as "ESS"), effective July 1, 2007. A certified copy of the Agreement is attached hereto as **Exhibit A**.

3.

Said agreement provided that ESS would arrange for "Emergency Physician coverage for hospital emergency department[s] and for Hospitalist Physician coverage." **Exhibit A.**

4.

Said agreement terminated effective July 1, 2009.

5.

ESS asserts that Morehouse General violated its obligations under a restrictive covenant contained in Section 10(A) of the Agreement, which allegedly required Morehouse General to wait twelve (12) months after termination of the Agreement before employing any of the physicians supplied to the hospital by ESS under the Agreement.

6.

As will be shown by Movant's Memorandum, the restrictive covenant, which ESS alleges Morehouse General breached, is null and void pursuant to Louisiana law, and no genuine issue of material of fact exist regarding Morehouse General's liability.

5.

In support of this Motion, Movant simultaneously files herewith its Memorandum in Support of Motion for Summary Judgment, and list of undisputed facts. Movant also attaches to its Motion, the following exhibits:

1. Exhibit A      Hospitalist and Emergency Department Services Agreement
2. Exhibit B      Affidavit of Cheryl Faulkenberry, CEO of Morehouse General Hospital

WHEREFORE, MOVANT PRAYS that summary judgment issue herein dismissing Plaintiff's demands against it, with prejudice, at Plaintiff's cost.

**Respectfully submitted,**

**NELSON, ZENTNER, SARTOR & SNELLINGS, LLC**
1507 Royal Avenue
Post Office Box 14420
Monroe, Louisiana 71207-4420
Telephone: (318) 388-4454


BY: /s/ David H. Nelson
    **DAVID H. NELSON**
    **LA. BAR ROLL NO. 9926**

**ATTORNEYS FOR DEFENDANT, MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1 d/b/a MOREHOUSE GENERAL HOSPITAL**

## CERTIFICATE

I hereby certify that on November 23, 2010, a copy of the foregoing Motion for Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Russell L. Foster and Harry M. Barton, by operation of the court's electronic filing system.

    /s/ David H. Nelson
    **OF COUNSEL**